STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DIMAS LABOY, DEFENDANT-PETITIONER.

*Mr. Samuel N. Reiken* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

April 30, 1968. Denied.

MOREIRA CONSTRUCTION CO., INC., PLAINTIFF - PETITIONER, v. TOWNSHIP OF WAYNE, DEFENDANT-RESPONDENT.

See same case below: 98 *N. J. Super.* 570.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mr. George J. Kenny* for the petitioner.

*Mr. Salvatore J. Ruggiero* for the respondent.

April 30, 1968. Denied.

SALVATORE PIRO, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, DEFENDANT-PETITIONER.

*Messrs. Beggans & Keale* and *Mr. Geoffrey Gaulkin* for the petitioner.

*Messrs. Warren, Chasan, Leyner & Holland* and *Mr. Arthur N. D'Italia* for the respondent.

April 30, 1968. Granted.